IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

Tyrone Skelton,                          )
                                         )        C.A. No. 3:06-720-HMH-BHH
                        Plaintiff,       )
                                         )
        vs.                              )        **OPINION AND ORDER**
                                         )
Mr. Jonathan Ozmint, Director;           )
Mr. Parker Evatt; Mr. Michael Moore;     )
Mr. Frederick Dodge; Mr. Gary Maynard;   )
and Mr. William D. Catoe, Ex-Directors,  )
South Carolina Department of Corrections,)
                                         )
                        Defendants.      )

This matter is before the court for review of the Report and Recommendation of United States Magistrate Judge Bruce H. Hendricks, made in accordance with 28 U.S.C. § 636(b)(1) and Local Civil Rule 73.02 for the District of South Carolina.

The Magistrate Judge makes only a recommendation to this court. The recommendation has no presumptive weight. The responsibility to make a final determination remains with this court. See Mathews v. Weber, 423 U.S. 261, 270-71 (1976). The court is charged with making a de novo determination of those portions of the Report and Recommendation to which specific objection is made, and the court may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge or recommit the matter with instructions. See 28 U.S.C. § 636(b)(1).

The Plaintiff filed no objections to the Report and Recommendation. In the absence of objections to the Report and Recommendation of the Magistrate Judge, this

1

court is not required to give any explanation for adopting the recommendation.  See

Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

After a thorough review of the Report and Recommendation and the record in this

case, the court adopts Magistrate Judge Hendricks' Report and Recommendation and

incorporates it herein.  It is therefore

**ORDERED** that this case is dismissed without prejudice.

**IT IS SO ORDERED.**

s/ Henry M. Herlong, Jr.
United States District Judge

Greenville, South Carolina
May 25, 2006

## NOTICE OF RIGHT TO APPEAL

The Plaintiff is hereby notified that he has the right to appeal this order within

thirty (30) days from the date hereof, pursuant to Rules 3 and 4 of the Federal Rules of

Appellate Procedure.